# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Gary Brandon Tanner                                              Docket No. 5:18-CR-64-1FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Gary Brandon Tanner, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. District Judge, sitting in the Court at New Bern, on the 16th day of May, 2018.

The defendant appeared before Robert B. Jones, Jr., the U.S. Magistrate Judge for arraignment on the 16th day of May, 2018, and supervision was continued under existing conditions.

On June 5, 2018, a violation report was forwarded to the court advising that the defendant submitted a urinalysis sample on May 25, 2018, that tested positive for cocaine. The court agreed to continue supervision.

On June 14, 2018, a violation report was forwarded to the court advising that the defendant submitted urinalysis samples on June 7, 2018, and on June 13, 2018, that each tested positive for cocaine. The court agreed to continue supervision so long as the defendant enrolled in inpatient substance abuse treatment.

On June 22, 2018, a warrant was requested from the court following the defendant's continued abuse of cocaine. Additionally, on June 20, 2018, he was denied admittance into the Walter B. Jones inpatient treatment program due to not making himself available for an intake interview. The court issued a warrant for his arrest on June 25, 2018. On June 29, 2018, the defendant was detained by the U.S. Marshal Service and transported to Harnett County Jail.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 6, 2018, the defendant appeared before the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, in Raleigh, North Carolina. The undersigned officer verified with Grady Blue of Unlimited Access that the defendant has secured a bed at the R.J. Blackley Alcohol and Drug Abuse Treatment Center in Butner, North Carolina. Your Honor continued the defendant on pretrial supervision with the following modifications:

- The defendant will remain in custody until July 11, 2018, at 7:00 AM. At that time he will be released to Grady Blue of Unlimited Access to be transported directly to the R.J. Blackley Alcohol and Drug Abuse Treatment Center in Butner, North Carolina.

- The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

- Following completion of inpatient treatment, the defendant will be continued on supervision under the same terms and conditions.

Gary Brandon Tanner
Docket No. 5:18-CR-64-1FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** the above requested action. The clerk shall provide the U.S. Marshal a copy of the petition and same shall serve as the commitment herein. Additionally, the clerk shall provide a copy of the petition to the U.S. Probation office and the U.S. Attorney's Office.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: July 06, 2018 |

### ORDER OF THE COURT

Considered and ordered on July 10, 2018. It is further ordered that this document shall be filed and made part of the records in the above case.

Robert T. Numbers, II
U.S. Magistrate Judge